IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DONALD LEE HINTON,** )<br>　Plaintiff, )<br>)<br>**v.** )<br>)<br>**NURSE O'CONNOR, et al.,** )<br>　Defendants. ) | Civil Action No. 7:14-cv-00392<br><br>**ORDER**<br><br>By:　Hon. Michael F. Urbanski<br>　　　United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

　　　　　　　　　　　　　　　　Entered:　July 17, 2015

　　　　　　　　　　　　　　　　*/s/ Michael F. Urbanski*

　　　　　　　　　　　　　　　　Michael F. Urbanski
　　　　　　　　　　　　　　　　United States District Judge